# UNITED STATES COURTS FOR THE NINTH CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE NINTH CIRCUIT

*For the Purpose of Trying a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable **Robert J. Timlin**, United States Senior District Judge for the Central District of California to perform the duties of United States District Judge temporarily for the Western District of Washington for the specific case *Tomas Reyes v. U.S. District Court for the Western District of Washington, et al.*, Case No. 3:08-cv-05159-RJB-JKA.

April 3, 2008

Alex Kozinski
Chief Judge

FILED ___ LODGED
___ RECEIVED
APR - 7 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

cc: Hon. Robert J. Timlin
Hon. Alicemarie Stotler, Chief Judge, Central District of California
Hon. Robert S. Lasnik, Chief Judge, Western District of Washington
Sherri Carter, Clerk, Central District of California
Bruce Rifkin, Clerk, Western District of Washington



08-CV-05159-ORD