# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

## CIVIL MINUTES - GENERAL

| Case No. | 08-05159 | Date | September 23, 2008 |
|---|---|---|---|
| Title | *REYES v. UNITED STATES DISTRICT COURT for the WESTERN DISTRICT OF WASHINGTON, et al.* | | |

| Present: | ROBERT J. TIMLIN, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez | | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys for Plaintiff | | Attorneys for Respondents |
| N/A<br>Plaintiff appearing pro se | | N/A |

**Proceedings:**     **ORDER RE DEFENDANT MATT ANDREW RENDA**

    After review of the court file, the Court finds that Defendant Matt Andrew Renda ("Renda") on March 17, 2008 filed a one page Motion to Dismiss in this action before it was removed from state court to this Court on March 18, 2008. No supporting papers related to the motion have been filed.

    Accordingly, IT IS ORDERED that Renda shall file and serve points and authorities and any declarations, if necessary, to support the bases of his Motion to Dismiss no later than October 13, 2008. IT IS FURTHER ORDERED that Plaintiff shall file and serve his opposition no later than October 31, 2008. Renda may file and serve his reply no later than November 20, 2008.

    The motion shall be deemed submitted on November 20, 2008 without oral argument.

|  | : |
|---|---|
| Initials of Preparer | pg |