# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

## CIVIL MINUTES - GENERAL

| Case No. | 08-05159 | Date | September 23, 2008 |
|---|---|---|---|
| Title | *REYES v. UNITED STATES DISTRICT COURT for the WESTERN DISTRICT OF WASHINGTON, et al.* | | |

| Present: | ROBERT J. TIMLIN, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez | | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys for Plaintiff | Attorneys for Defendants | |
| N/A<br>Plaintiff appearing pro se | N/A | |

**Proceedings:** ORDER TO SHOW CAUSE TO PLAINTIFF RE DEFENDANTS PHILIP DEMMASSA AND PAULA OLSON

After review of the court file, the Court finds that 1) an affidavit has been filed stating that the summons and complaint in this action were mailed to defendants Philip Demmassa ("Demmassa") and Paula Olson ("Olson") on February 21, 2008 before the action was removed to this Court on March 18, 2008, and 2) no answer or responsive pleading to the complaint has been filed by either Demmassa or Olson.

Accordingly, IT IS ORDERED that Plaintiff show cause in writing why this action should not be dismissed as to Olson and Demmassa because Plaintiff has not diligently prosecuted this action against these defendants. Such response by Plaintiff shall be filed and served no later than October 10, 2008. The response may be in the form of a request for default as to Defendants Demmassa and Olson.

Plaintiff is hereby notified that, if he does not file a timely response to this Order, the Court will consider dismissing this action as to Defendants Demmassa and Olson under Federal Rules of Civil Procedure, Rule 41(b) because Plaintiff has failed to diligently prosecute it.

: _____
Initials of Preparer    pg