# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

## CIVIL MINUTES - GENERAL

| Case No. | 08-05159 | Date | September 23, 2008 |
|---|---|---|---|
| Title | *REYES v. UNITED STATES DISTRICT COURT for the WESTERN DISTRICT OF WASHINGTON, et al.* | | |

| Present: | ROBERT J. TIMLIN, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez | | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys for Plaintiff | Attorneys for Defendants | |
| N/A | Zenon Olbertz (for Wayne Fricke) | |
| Plaintiff appearing pro se | Tom Campbell (representing himself) | |

**Proceedings:** **ORDER RE DEFENDANTS WAYNE FRICKE AND TOM CAMPBELL**

After review of the court file, the Court finds that 1) Defendant Wayne Fricke ("Fricke") filed a notice of appearance in this action on February 26, 2008 before it was removed from state court to this Court on March 18, 2008; 2) Defendant Tom Campbell ("Campbell") filed a notice of his appearance in this action on March 4, 2008 before it was removed from state court on March 18, 2008; and (3) neither Fricke nor Campbell filed an answer or responsive pleading to the complaint against them.

Accordingly, IT IS ORDERED that Fricke and Campbell shall file an answer or responsive pleading to the complaint no later than October 13, 2008. If either defendant does not, the Court will consider as to that defendant ordering his appearance stricken and directing Plaintiff to request a default.

                                                                                                                      :

Initials of Preparer      pg