# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05159 | Date | November 13, 2008 |
|---|---|---|---|
| Title | *TOMAS REYES v. UNITED STATES DISTRICT COURT for the WESTERN DISTRICT OF WASHINGTON, et al.* | | |

| Present: | ROBERT J. TIMLIN, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Patricia Gomez | | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys for Plaintiff | | Attorneys for Respondents |

**Proceedings:** ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE (F.R.Civ.P. 16(b))

    As to the remaining parties to this action, namely Plaintiff Tomas Reyes and Defendants Ronald Heslop, Philip Demassa, Thomas Campbell, and Wayne Fricke, this matter is set for a telephonic scheduling conference on January 12, 2009 at 10:00 a.m. The Conference will be held pursuant to F.R.Civ.P. 16(b) and will be conducted telephonically.

    The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the Scheduling Conference and to file a Report of the Parties' Planning Meeting not later than 14 days after they confer as required by F.R.Civ.P. 26(f) and Local Rule 16(a) of this Court. Defendant Ronald Heslop shall arrange the conference and shall prepare the report required by Rule 26(f).

    IT IS SO ORDERED.

    Courtroom Deputy Clerk Patricia Gomez's phone number is 213-894-0539.

|  | : |  |
|---|---|---|
| Initials of Preparer | pg | |