UNITED STATES DISTRICT COURT

WESTER DISTRICT OF WASHINGTON (TACOMA)

| | |
|---|---|
| TOMAS REYES,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON, *et al.*<br><br>　　　　Defendants. | CV 08-05159-RT<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS THIS ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE AS TO DEFENDANTS RONALD HESLOP, WAYNE FRICKE, PHILIP DEMASSA, AND THOMAS CAMPBELL |

On January 12, 2009, the Court held a telephonic scheduling conference regarding Plaintiff Tomas Reyes' claims in his first amended complaint ("FAC") against the four remaining defendants: Ronald Heslop, Wayne Fricke, Philip

DeMassa, and Thomas Campbell ("Remaining Defendants").[1] With the exception of defendant Ronald Heslop, plaintiff and the Remaining Defendants appeared at the conference either representing themselves or through counsel.

During the scheduling conference, plaintiff moved orally to dismiss all the claims in the FAC against all the Remaining Defendants. Plaintiff stated that he understood the claims would be dismissed with prejudice.

Accordingly, it is ordered that: (1) plaintiff's motion to dismiss with prejudice all the claims in the FAC against the Remaining Defendants – Ronald Heslop, Philip DeMassa, Wayne Fricke, and Thomas Campbell – is granted pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure; (2) Defendant Fricke's outstanding motion for summary judgment is off calendar and deemed moot; and (3) this action has been finally determined as to all claims and parties.

DATED: January 12, 2009

ROBERT J. TIMLIN
United States District Judge

---

[1] The court had previously either dismissed or granted a motion for summary judgment as to all claims in the FAC against other defendants. (*See, e.g.,* Aug. 20, 2008 Order, Docket No. 10.)